IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE ANDERSON, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELEX INSURANCE SERVICES, INC. and TRANSAMERICA CASUALTY INSURANCE COMPANY,<br><br>Defendants. | 8:18-CV-362<br><br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to File Provisionally under Seal (filing 75). That motion will be granted in part and denied in part.

If a document is to be filed on the Court's docket, it may, pursuant to this Court's local rules, be filed either as "restricted" or "sealed." A sealed document is available only to court users and the filing party; it is not available to the opposing party or the public. *See* NEGenR 1.3(a)(1)(B)(i); NECivR 7.5(c). A restricted document, on the other hand, is available to court users and parties of record, but not the public. *See* NEGenR 1.3(a)(1)(B)(ii); NECivR 5.3(c)(3).

The plaintiff's motion refers to documents containing confidential information that should be restricted pursuant to Fed. R. Civ. P. 5.2(e) and NECivR 5.3(b). The Stipulated Protective Order approved by the Magistrate Judge expressly provides that confidential material shall be filed "under restricted access." Filing 49 at 6. Accordingly, such documents should not be

sealed: rather, they should be filed under provisional *restriction*, along with a motion for leave to restrict, as set forth in NECivR 5.3(c)(1).

The plaintiff's brief and exhibit should be restricted, rather than sealed. The Court will, therefore, grant the plaintiff's motion in part, and order the Clerk of the Court to restrict access to the plaintiff's brief and exhibit.

IT IS ORDERED:

1. The defendant's Motion to File Provisionally under Seal (filing 75) is granted in part and denied in part.

2. The Clerk of the Court is directed to modify the docket entry and document security for filing 76 and filing 76-1 to restrict access to court users and case participants.

Dated this 27th day of February, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge