IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE ANDERSON, an individual, On Behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>TRAVELEX INSURANCE SERVICES INC. and TRANSAMERICA CASUALTY INSURANCE COMPANY,<br><br>      Defendants. | Case No. 8:18-cv-00362-JMG-SMB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

  Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Michelle Anderson hereby moves the Court to enter the proposed Preliminary Approval Order, which: (1) preliminarily approves the class action Settlement reached in the matter; (2) preliminarily certifies the Settlement Class; (3) appoints Plaintiff Michelle Anderson as the Class Representative; (4) appoints Shanon J. Carson, Peter R. Kahana, Lane L. Vines, Y. Michael Twersky, and John G. Albanese of Berger Montague PC as Lead Counsel for the Settlement Class; (5) approves the proposed Notice Program and issuance of Notice to Settlement Class Members; (6) sets forth procedures for opting out of or objecting to the Settlement; (7) bars Settlement Class members (that have not requested exclusion) from asserting any claims for which a release will be given if the Court approves the Settlement; and (8) schedules a Final Approval Hearing to consider final approval of the Settlement.

  In support of her Motion, Plaintiff relies on the concurrently-filed Memorandum of Law in support thereof and the exhibits attached thereto. Defendants Travelex Insurances Services, Inc., and Transamerica Casualty Insurance Company do not oppose the relief sought in this Motion.

1

Dated: June 11, 2021					Respectfully submitted,

    */s/ John G. Albanese*
John G. Albanese
BERGER MONTAGUE PC
1229 Tyler Street, Suite 205
Minneapolis, MN 55413
Tel.: (612) 594-5997
Fax: (612) 584-4470
jalbanese@bm.net

BURKE SMITH LAW
Burke Smith, NE Bar No. 19883
10730 Pacific St #100
Omaha, NE 68114
Tel.: (402) 718-8865
Fax: (402) 218-4391
burke@burkesmithlaw.com

BERGER MONTAGUE PC
Shanon J. Carson
Peter R. Kahana
Lane L. Vines
Y. Michael Twersky
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
scarson@bm.net
pkahana@bm.net
lvines@bm.net
mitwersky@bm.net

EVANS LAW FIRM, INC
Ingrid M. Evans
3053 Fillmore Street, #236
San Francisco, CA 94123
Tel.: (415) 441-8669
ingrid@evanslaw.com

*Counsel for Plaintiff and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Burke Smith<br>BURKE SMITH LAW<br>10730 Pacific Street, Suite 100<br>Omaha, NE 68114<br>burke@burkesmithlaw.com | Markham R. Leventhal<br>CARLTON FIELDS, P.A.<br>Suite 400 West<br>1025 Thomas Jefferson Street, NW<br>Washington, DC 20007<br>mleventhal@carltonfields.com |
| Shanon J. Carson<br>Peter R. Kahana<br>Lane L. Vines<br>Y. Michael Twersky<br>BERGER MONTAGUE PC<br>1818 Market Street<br>Philadelphia, PA 19103<br>scarson@bm.net<br>pkahana@bm.net<br>lvines@bm.net<br>mitwersky@bm.net | Julianna Thomas McCabe<br>Michael N. Wolgin<br>CARLTON FIELDS, P.A.<br>2 MiamiCentral, Suite 1200<br>700 N.W. 1st Avenue<br>Miami, FL 33136<br>jtmccabe@carltonfields.com<br>mwolgin@carltonfields.com |
| Ingrid M. Evans<br>EVANS LAW FIRM, INC.<br>3053 Fillmore Street, Suite 236<br>San Francisco, CA 94123<br>ingrid@evanslaw.com | |

                                                                                   */s/ John G. Albanese*
                                                                                    John G. Albanese