IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE ANDERSON, an individual, On Behalf of Herself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>TRAVELEX INSURANCE SERVICES INC. and TRANSAMERICA CASUALTY INSURANCE COMPANY,<br><br>           Defendants. | Case No. 8:18-cv-00362-JMG-SMB<br><br>**PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES AND SERVICE AWARD** |

Pursuant to FED. R. CIV. P. 23(h), Plaintiff Michelle Anderson ("Plaintiff") respectfully moves this Court for entry of an Order:

(1) awarding Plaintiff's Counsel[1] attorneys' fees of $1,079,166.67;

(2) awarding Plaintiff's Counsel up to $75,000.00 in reimbursement of their Litigation Expenses incurred and disbursed in prosecuting this litigation;[2]

(3) awarding a service award of $6,500.00 to Plaintiff for her service in representing the Settlement Class; and

(4) approving payment of up to $199,500 to the Settlement Administrator for its actual fees and costs incurred, in providing notice and settlement administration services.

---

[1] Capitalized terms not otherwise defined have the meaning set forth in the Parties' Class Action Settlement Agreement dated June 11, 2021 (the "Settlement Agreement" or "Settlement") filed previously with the Court. *See* Dkt. 108-2.

[2] Plaintiff will provide the Court with an update as to Plaintiff's Counsel's actual Litigation Expenses at or prior to the Final Approval Hearing, which will in any event be below the maximum $75,000 amount set forth in the Notice to the Settlement Class.

In support of this Motion, Plaintiff relies upon the accompanying Memorandum of Law and the Declaration of Peter R. Kahana, which attaches, among other things, the Declarations of Ingrid Evans, Randall Andreozzio, Brian Devery, and Michelle Anderson, as well as all other documents filed in support of the Settlement, and all other proceedings in this Action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose the relief requested. Dkt. 108-2 at ¶ C.8.

A proposed form of Order will be emailed to the Court in accord with Local Rule 7.2. Concurrent with the filing of this Motion, Plaintiff is also filing a separate Motion for Final Approval of Class Action Settlement, in advance of the Final Approval Hearing scheduled for September 22, 2021.

Dated:  September 1, 2021			Respectfully submitted,

		 */s/ John G. Albanese*
		John G. Albanese
		BERGER MONTAGUE PC
		1229 Tyler Street, Suite 205
		Minneapolis, MN 55413
		Tel.: (612) 594-5997
		Fax: (612) 584-4470
		jalbanese@bm.net

		BERGER MONTAGUE PC
		Shanon J. Carson
		Peter R. Kahana
		Lane L. Vines
		Y. Michael Twersky
		1818 Market Street, Suite 3600
		Philadelphia, PA 19103
		Tel.: (215) 875-3000
		scarson@bm.net
		pkahana@bm.net
		lvines@bm.net
		mitwersky@bm.net

EVANS LAW FIRM, INC
Ingrid M. Evans
3053 Fillmore Street, #236
San Francisco, CA 94123
Tel.: (415) 441-8669
ingrid@evanslaw.com


BURKE SMITH LAW
Burke Smith, NE Bar No. 19883
10730 Pacific St #100
Omaha, NE 68114
Tel.: (402) 718-8865
Fax: (402) 218-4391
burke@burkesmithlaw.com


*Counsel for Plaintiff and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I certify that on September 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Burke Smith
BURKE SMITH LAW
10730 Pacific Street, Suite 100
Omaha, NE 68114
burke@burkesmithlaw.com

Shanon J. Carson
Peter R. Kahana
Lane L. Vines
Y. Michael Twersky
BERGER MONTAGUE PC
1818 Market Street
Philadelphia, PA 19103
scarson@bm.net
pkahana@bm.net
lvines@bm.net
mitwersky@bm.net

Ingrid M. Evans
EVANS LAW FIRM, INC.
3053 Fillmore Street, Suite 236
San Francisco, CA 94123
ingrid@evanslaw.com

Markham R. Leventhal
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
mleventhal@carltonfields.com

Julianna Thomas McCabe
Michael N. Wolgin
CARLTON FIELDS, P.A.
2 MiamiCentral, Suite 1200
700 N.W. 1st Avenue
Miami, FL 33136
jtmccabe@carltonfields.com
mwolgin@carltonfields.com

    */s/ John G. Albanese*
    John G. Albanese